IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

JAN - 9 2008

FOUR DIRECTIONS AIR, INC., SMITHAIR, INC., and
RUSSELL W. APPLETON,

                              STIPULATION OF
                              VOLUNTARY
                              DISMISSAL

                    Plaintiffs,

vs.                                 Docket No. 5:06-cv-00283-NAM-GHL

UNITED STATES OF AMERICA, CITY OF SYRACUSE, and
THE SENSIS CORPORATION,

                    Defendants.

     Pursuant to the Federal Rules of Civil Procedure, Rule 41(a), consistent with the Court's previous Memorandum/Order filed September 30, 2007, and in accordance with the desire of the parties hereto,

     **IT IS HEREBY STIPULATED and AGREED** that the claims of Plaintiffs SmithAir, Inc. and Russell Appleton against the Defendants United States of America and the City of Syracuse are hereby **DISMISSED AND DISCONTINUED**, each party to bear its own costs and expenses as to such claims.

IT IS HEREBY SO STIPULATED and AGREED :

_/s/ Edward Z. Menkin_                    Dated: 12/19/2007
Edward Z. Menkin, Esq.
Attorney for SmithAir & Appleton

_/s/ Kathryn Smith_                         Dated: 12/28/07
Kathryn Smith, Esq.
Attorney for United States of America

_/s/ Brian Colistra_                          Dated: 12/12/07
Brian Colistra, Esq.
Attorney for City of Syracuse

F:\ACTIVE\4 DIRECTIONS\Stipulation 41(a) vs. FAA & City of Syracuse.wpd

IT IS SO ORDERED.

_/s/ Norman A. Mordue_
Norman A. Mordue
Chief Judge
Dated: January 9, 2008